The People of the State of New York, Respondent,
against
Melvin L. Jones, Appellant.




John P. Savoca, for appellant.
Westchester County District Attorney, for respondent (no brief filed).

Appeal from judgments of the City Court of Peekskill, Westchester County (Reginald J. Johnson, J.), rendered April 24, 2017. The judgments convicted defendant, upon his pleas of guilty, of aggravated unlicensed operation of a motor vehicle in the second degree and leaving the scene of an incident without reporting, respectively, and imposed sentences. Assigned counsel has submitted a brief in accordance with Anders v California (386 US 738 [1967]), seeking leave to withdraw as counsel.




ORDERED that the judgments of conviction are affirmed.
We are satisfied with the sufficiency of the brief filed by defendant's assigned counsel pursuant to Anders v California (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (see id.; People v Murray, 169 AD3d 227 [2019]; Matter of Giovanni S. [Jasmin A.], 89 AD3d 252 [2011]; People v Paige, 54 AD2d 631 [1976]; cf. People v Gonzalez, 47 NY2d 606 [1979]).
ADAMS, P.J., GARGUILO and EMERSON, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: June 06, 2019